# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-03044-HG ) ) |
| WHITING PETROLEUM CORP., KEVIN S. MCCARTHY, JANET L. CARRIG, SUSAN M. CUNNINGHAM, PAUL J. KORUS, LYNN A. PETERSON, DANIEL J. RICE, and ANNE TAYLOR, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 8, 2022

**GRABAR LAW OFFICE**

By: */s/ Joshua H. Grabar*
Joshua H. Grabar (#5906953)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*